IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SHONA CHRISTY                                                                                          PLAINTIFF

vs.                                         Civil No. 1:10-cv-1040

ACHIEVERS OF LOUISIANA, INC.                                                          DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed October 21, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 14). Judge Bryant recommends that Defendant's Motion to Dismiss to Dismiss under Federal Rule of Civil Procedure (12)(b)(6)-(7) for failure to state a claim and failure to name an indispensable party (Doc. 5) be denied. Defendant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Defendant's Motion to Dismiss (Doc. 5) is hereby **DENIED**.

**IT IS SO ORDERED**, this 9th day of November, 2010.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge