```
           IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                     EL DORADO DIVISION
```

SHONA CHRISTY                                                    PLAINTIFF

    V.                    NO. 1:10-CV-1040-RTD

ACHIEVERS OF LOUISIANA, INC.                                     DEFENDANT

### ORDER

Now on this 21st day of December, 2011, comes on for consideration Defendant's Motion for Continuance of Trial (doc. 31) and Defendant's Supplemental Motion for Continuance of Trial (doc. 33). The Court, being well and sufficiently advised, finds the motion is well taken and should be **GRANTED**. This matter is removed from the January 23, 2012, trial docket and is reset for a jury trial during the week beginning **July 30, 2012**. The discovery deadline is extended to March 30, 2012, and the dispositive motion deadline is extended to April 30, 2012. All other deadlines in the final scheduling order are adjusted in accordance with the new trial date.

    IT IS SO ORDERED.

                                          /s/ Robert T. Dawson  
                                          Honorable Robert T. Dawson  
                                          United States District Judge